IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CHERYL WOOD, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-089 |
| FROST-ARNETT COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Parties' notice of settlement. (Doc. No. 10.) The Parties have reached a settlement which they anticipate finalizing within forty-five days. They therefore request that the Court "vacate all dates currently set on the calendar for the present matter." A stay pending the finalization of the settlement is more appropriate. Therefore, **IT IS HEREBY ORDERED** that all deadlines in this case are **STAYED** for **forty-five (45) days.**

**ORDER ENTERED** at Augusta, Georgia, this 26 day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE